UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ROBERT W. CLOUGH, II, on behalf of himself and others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>PLYMOUTH ROCK ASSURANCE CORPORATION and AVENGE DIGITAL, LLC,<br><br>Defendants<br><br>AVENGE DIGITAL, LLC,<br><br>Counterclaim-Plaintiff<br><br>v.<br><br>ROBERT W. CLOUGH, II,<br><br>Counterclaim-Defendant. | CIVIL ACTION NO. 1:20-cv-00345-LM |

**THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Robert W. Clough, II and Defendants Plymouth Rock Assurance Corporation and Avenge Digital LLC (the Parties) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and through counsel, hereby stipulate and agree to the dismissal of this action and all claims that were or could have been asserted in this lawsuit with prejudice and to waive all rights of appeal, with each party to bear its own fees and costs.  None of the rights of any putative class members, except Plaintiff, are released or affected by this dismissal.  However, this dismissal does dismiss the above-referenced lawsuit with prejudice.

1

Respectfully submitted,

| | |
|---|---|
| PLYMOUTH ROCK ASSURANCE CORPORATION and AVENGE DIGITAL, LLC, | PLAINTIFF, By his attorneys |
| By their attorneys, | */s/ Edward A. Broderick* |
| */s/ Joseph M. Cacace* | Edward A. Broderick |
| Howard M. Cooper (*pro hac vice*) | BRODERICK LAW, P.C. |
| Joseph M. Cacace (NH Bar # 266082; MA BBO # 672298) | 176 Federal Street, Fifth Floor |
| hcooper@toddweld.com | Boston, MA 02110 |
| jcacace@toddweld.com | Tel: (617) 738-7080 |
| TODD & WELD LLP | Fax: (617) 830-0327 |
| One Federal Street | ted@broderick-law.com |
| Boston, MA 02110 | Pro Hac Vice |
| Tel: (617) 720-2626 | |
| Fax: (617) 277-577 | Anthony I. Paronich |
| | Paronich Law, P.C. |
| Charles P. Rullman | 350 Lincoln Street, Suite 2400 |
| crullman@corrdowns.com | Hingham, MA 02043 |
| CORR\|DOWNS PLLC | Telephone: (508) 221-1510 |
| 100 W. Harrison St., Suite N440 | anthony@paronichlaw.com |
| Seattle, WA 98119 | Pro Hac Vice |
| Tel: (206) 686-9856 | |
| | Roger B. Phillips, (Bar. No. 2018) |
| | Phillips Law Office, PLLC |
| | 104 Pleasant Street, 5th Floor |
| | Concord, NH 03301 |
| | (603) 225-2767 (ph) |
| | (603) 226-3581 (fax) |
| | roger@phillipslawoffice.com |
| | |
| | Matthew P. McCue |
| | The Law Office of Matthew P. McCue |
| | 1 South Avenue, Suite 3 |
| | Natick, Massachusetts 01760 |
| | (508) 655-1415 |
| | mmccue@massattorneys.net |
| | |
| | Alex M. Washkowitz |
| | Jeremy Cohen |
| | CW Law Group, P.C. |
| | 188 Oaks Road |
| Dated: February 9, 2021 | Framingham, MA 01701 |
| | alex@cwlawgrouppc.com |
| | *Attorneys for Plaintiff and the Putative Class* |

**CERTIFICATE OF SERVICE**

    I, Edward A. Broderick, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ Edward A. Broderick*
                                        Edward A. Broderick

Dated: February 9, 2021